176 F.3d 471
 John R. Farabaugh
v.
Rhonda Anderson Marks, Ann Ewart, Barbara Cinpinski, Michael
F. Coyne, Eugene L. Coon, Sued in Their Individual
Capacities, City of Pittsburgh, Pennsylvania, Tom Murphy,
Sued In His Individual Capacity as Mayor of City of
Pittsburgh, Salvatore Sirabella, Sued in His Individual
Capacity as Deputy Mayor of City of Pittsburgh, Pennsylvania
 NO. 98-3116
 United States Court of Appeals,
Third Circuit.
 January 08, 1999
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.